This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**AMBER RUSSELL PITTS,**

       Petitioner-Appellee,

**v.**                             **No. A-1-CA-36868**

**FEATHER RUSSELL,**

       Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF GRANT COUNTY**
**Timothy L. Aldrich, District Judge**

Amber Russell Pitts
Buckhorn, NM

Pro Se Appellee

Feather Russell
Cliff, NM

Pro Se Appellant

## MEMORANDUM OPINION

**HANISEE, Judge.**

{1}    Self-represented Respondent Feather Russell appeals from the district court's order, entered July 26, 2017, and amended order, entered on August 3, 2017. [DS PDF

3-4; RP 157, 162] This Court issued a notice of proposed disposition, proposing to dismiss the appeal for lack of a final order as no final written order was entered resolving Respondent's August 3, 2017 motion to reconsider. Respondent purportedly filed a memorandum in opposition to our proposed summary disposition (MIO), which said document was comprised solely of the November 7, 2017 order from the district court ruling on Respondent's October 26, 2017 motion to reconsider. This order does not address the August 3, 2017 motion for reconsideration, for which a written order is still required. [*See* RP 164]

{2}     Accordingly and for the reasons stated in our notice of proposed disposition, we dismiss for lack of a final order.

{3}     **IT IS SO ORDERED.**


_____
**J. MILES HANISEE, Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Chief Judge**


_____
**EMIL J. KIEHNE, Judge**

2